```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


FRANK DELLI SANTI                     :
            Plaintiff,                :
                                      :      Civil 9cv1521(DMC)
         v.                           :      **Order for Dismissal**
                                      :      **Pursuant to F.R. Civ. P.4(m)**
NEW JERSEY STATE POLICE, et al        :
            Defendant,                :
```

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed,

It is on this 25th day of November 2009,

O R D E R E D  that the above captioned action be and is hereby dismissed, as to all defendants, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

```
                                   S/DENNIS M. CAVANAUGH
                                      Dennis M. Cavanaugh
                                   United States District Judge
```